IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02639-CMA-BNB

STETSON FIELDS,

    Plaintiff,

v.

STEPHEN K. JOKERST, in his individual capacity,
DONALD MINDER, in his individual capacity,
DOMINIC MARIZANO, in his individual capacity, and,
THE CITY OF AURORA, Colorado, a municipality,

    Defendants.

**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL AND ORDER TO SHOW CAUSE**

This matter is before the Court on the Motion for Withdrawal of Counsel (Doc. # 22), filed on March 25, 2013, by Raymond K. Bryant as counsel for Plaintiff. The Court, having reviewed the motion and the case file, hereby ORDERS as follows:

    1.    That the motion is GRANTED, and Raymond K. Bryant is permitted to withdraw as counsel for Plaintiff;

    2.    Plaintiff Stetson Fields shall have to and including **May 3, 2013** to show cause to the Court, in writing, as to why this case should not be dismissed with prejudice for failure to prosecute; and

3. Mr. Bryant is DIRECTED to send via U.S. Postal Service a copy of this Order to Plaintiff's last known address, as well as to the address of Plaintiff's mother and other family members, if such addresses are available.

DATED: April __03__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge