**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02639-CMA-BNB

STETSON FIELDS,

    Plaintiff,

v.

STEPHEN K. JOKERST, in his individual capacity,
DONALD MINDER, in his individual capacity,
DOMINIC MARIZANO, in his individual capacity, and,
THE CITY OF AURORA, Colorado, a municipality,

    Defendants.

---

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

---

On April 13, 2913, this Court issued an Order Granting Motion for Withdrawal of Counsel and Order to Show Cause (Doc. # 23), directing the Plaintiff to show cause to the Court in writing by no later than May 3, 2013, "as to why this case should not be dismissed." To date, nothing further has been filed in this matter. Therefore, it is

ORDERED that this case is DISMISSED WITH PREJUDICE for failure to prosecute.

DATED: June __18__, 2013

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge